| | |
|---|---|
| District Court<br>Weld County, Colorado<br>Court Address: 901 9th Avenue, Greeley, Colorado 80631<br>            P O Box 2038, Greeley, Colorado 80632 | |
| | DATE FILED: September 17, 2013 |
| **Plaintiff(s): Dominic Duvall**<br><br>v.<br><br>**Defendant(s): The CIT Group nna Vericrest Financial Inc., American Family Insurance Company, and American Security Insurance Company aka Assurant Specialty Property,** | **COURT USE ONLY** ▲ |
| | Case Number:<br><br>2012 CV 502<br><br>Division 4   Courtroom |
| **ORDER RE: UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER AND RESOLVE ISSUES OF SERVICE OF PROCESS** | |

The Court, having reviewed the Unopposed Motion to File Answers and Resolve Issues of Service of Process, grants the Plaintiff's motion.

Plaintiff's attorney shall notify all parties of this Order within three days.

DATED: **SEP 1 7 2013**

BY THE COURT:

_Daniel S. Maus_
District Court Judge