**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02634-MSK-MJW

DOMINIC DUVALL,

     Plaintiff,

v.

THE CIT GROUP, ALSO KNOWN AS VERICREST FINANCIAL INC., and
AMERICAN FAMILY INSURANCE COMPANY, and
AMERICAN SECURITY INSURANCE COMPANY, ALSO KNOWN AS ASSURANT SPECIALTY PROPERTY,

     Defendants.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the OPINION AND ORDER GRANTING MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT of Chief Judge Marcia S. Krieger, entered on February 11, 2014, it is

     ORDERED that Plaintiff DOMINIC DUVALL recovers nothing and that judgment is entered in favor of all defendants on all claims.  It is further

     ORDERED that costs are awarded to the defendants and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

     Dated at Denver, Colorado this 11th day of February, 2014.

     FOR THE COURT:
     JEFFREY P. COLWELL, CLERK

     By: s/Edward P. Butler
     Edward P. Butler, Deputy Clerk