IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02634-MSK-MJW

DOMINIC DUVALL,

Plaintiff(s),

v.

THE CIT GROUP nna VERICREST FINANCIAL INC.,
AMERICAN FAMILY INSURANCE COMPANY, and
AMERICAN SECURITY INSURANCE COMPANY aka ASSURANT SPECIALTY PROPERTY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Pro Se Plaintiff's Motion for Leave to Amend the Complaint [filed on February 13, 2014] (docket no. 42) is MOOT and therefore DENIED. A Final Judgment was entered in this case on February 11, 2014 by Chief Judge Krieger. See docket no. 41.

Date: February 18, 2014